UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                              :
UNITED STATES OF AMERICA,         :
                              :
     -v-                       :
                              :
LEONARDO MONTES-REYES,          :
                              :
         Defendant.      :
                              :
------------------------------------------X

08 CR. 10 (DLC)

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4 21-08
```

DENISE COTE, District Judge:

    For the reasons stated on the record,

    IT IS ORDERED that the defendant be released from the custody of the United States Marshal forthwith.

Dated:    New York, New York
           April 18, 2008

                       _____
                           DENISE COTE
           United States District Judge